UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
JAMES LEE,                        )
                                  )
     Plaintiff,                   )
                                  )
          v.                      )   NO. 3:10-0835
                                  )   Judge Haynes/Bryant
GARNER & CONNER, PLLC, et al.,    )
                                  )
     Defendants.                  )
```

**O R D E R**

Counsel for the plaintiff has filed a Notice of Settlement (Docket Entry No. 18) of this matter and has requested sixty (60) days within which to complete the settlement and file a notice of dismissal. The request is **GRANTED.** Plaintiff shall file a stipulation and proposed order of dismissal of his case no later than **Monday, November 22, 2010.** The initial case management conference previously set for Wednesday, September 29, 2010, at 9:30 a.m. is **CANCELED**.

There is nothing further remaining to be done by the undersigned in this matter. Therefore, the Clerk shall return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge