IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JAMES LEE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:10-0835 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| GARNER & CONNER, PLLC and | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon the Plaintiff's notice of settlement (Docket Entry No. 18), this action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 23rd day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge