IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES LEE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10-0835 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| GARNER & CONNER, PLLC | ) | |
| AND CAVALRY PORTFOLIO | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon notice of dismissal (Docket Entry No. 21) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby voluntary **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 18th day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge